IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-543 T
(Judge Miller)

JEWELL SMOKELESS COAL CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# JOINT STATUS REPORT

As the Court requested in an Order of June 21, 2004, the parties present this joint status report to alert the Court to a recent decision.

As the parties stated in earlier status reports, the defendant has filed a stipulation of liability in favor of the plaintiff. The parties and the Court have nothing more to do in this case until the appellate courts have finally resolved all outstanding legal issues in a similar case that has long been pending on appeal and cross-appeal.

On January 22, 2007, the Court of Appeals for the Federal Circuit issued an opinion granting the interest the plaintiffs demanded and denying the defendant's cross-appeal on a jurisdictional issue. *See Clintwood Elkhorn Mining Co. v. United States*, Nos. 04-5155, 04-5156 (Fed. Cir. Jan. 22, 2007). The defendant is considering whether to request rehearing by the Federal Circuit *en banc* or to petition the U.S. Supreme Court for a writ of *certiorari*. The

defendant can file such a petition within 90 days after the Federal Circuit enters a final judgment. *See* 28 U.S.C. § 2101(c).

Within 30 days of a final resolution of *Clintwood Elkhorn*, the parties will alert the Court and suggest a resolution of the present case.

The plaintiff's attorney has agreed that the defendant may present this document as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
Robert Stoddart
U.S. Justice Department, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, DC 20044
Voice: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

January 23, 2007