# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JEWELL SMOKELESS COAL CORPORATION,** *

Plaintiff, *

v. * No. 03-543T

**THE UNITED STATES,** * (Filed Jan. 24, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the order entered on May 21, 2006, and the parties' Joint Status Report filed on January 23, 2007,

**IT IS ORDERED**, as follows:

1. The stay in this case is continued.

2. Within 30 days of a final decision in Clintwood Elkhorn Mining Co. v. United States, Nos. 04-5155 & 04-5156, 2007 WL 136633 (Fed. Cir. Jan. 22, 2007), the parties shall file a Joint Status Report proposing a course of further proceedings.

s/ Christine O.C. Miller

____________________________________

**Christine Odell Cook Miller**
Judge