IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-543 T
(Judge Miller)

JEWELL SMOKELESS COAL CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT AND MOTION FOR CONTINUED SUSPENSION

As the Court requested, the parties report that the Supreme Court has now decided that courts lack jurisdiction of claims for refund of coal-excise tax imposed on exports unless the taxpayer has filed a timely refund claim. *See United States v. Clintwood Elkhorn Mining Co.*, 128 S. Ct. 1511 (2008). The decision in *Clintwood Elkhorn* will decide all the unresolved issues in the present case if the decision becomes final. Clintwood Elkhorn may petition the Supreme Court for a rehearing on or before May 12, 2008. The parties therefore ask this Court to continue suspension of this case until May 19, 2008.

The plaintiff agrees that defendant may submit this status report and motion as a joint filing.

WHEREFORE, the plaintiff and the defendant pray that their motion for continued suspension of proceedings be granted.

Respectfully submitted,

s/ Robert Stoddart
Robert Stoddart
U.S. Justice Department, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, DC 20044
Voice: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

April 29, 2008