# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JEWELL SMOKELESS COAL CORPORATION,** *

Plaintiff, *

v. * No. 03-543T

**THE UNITED STATES,** * (Filed Apr. 29, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the parties' Joint Status Report and Motion for Continued Suspension filed this date,

**IT IS ORDERED**, as follows:

1. The stay in this case is continued.

2. The parties shall file a Joint Status Report by May 19, 2008, stating with particularity the status of a motion for rehearing in United States v. Clintwood Elkhorn Mining Co., 128 S. Ct. 1511 (2008), or if no motion is contemplated, advising whether a judgment of dismissal without prejudice can enter.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge