IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-543 T
(Judge Christine Odell Cook Miller)

JEWELL SMOKELESS COAL CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

As the Court requested in its Order of April 29, 2008, the parties report that Clintwood Elkhorn Mining Co. has filed no motion for rehearing of a case in which the Supreme Court decided that courts lack jurisdiction of claims for refund of coal-excise tax imposed on exports unless the taxpayer has filed a timely refund claim, *United States v. Clintwood Elkhorn Mining Co.*, 128 S. Ct. 1511 (2008). The decision is now final and it resolves all the unresolved issues in the present case.

Accordingly the parties advise the Court that there is no reason why it should not dismiss this case.

The plaintiff agrees that defendant may submit this status report and motion as a joint filing.

Respectfully submitted,

s/Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Court of Federal Claims Section

s/ David Gustafson

May 19, 2008