# In the United States Court of Federal Claims

**No. 03-543 T**

**JEWELL SMOKELESS COAL CORPORATION**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed May 21, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice for lack of subject matter jurisdiction.

John S. Buckley
Acting Clerk of Court

May 21, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.